No. 678. BALTIMORE & OHIO RAILROAD CO. *v.* KEPNER.

Argued April 2, 3, 1941. Decided April 14, 1941. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Messrs. Morison R. Waite* and *Harry H. Byrer,* with whom *Mr. William A. Eggers* was on the brief, for petitioner. *Mr. Samuel T. Gaines,* with whom *Mr. Edward M. Ballard* was on the brief, for respondent.

No. 686. REITZ *v.* MEALEY, COMMISSIONER OF MOTOR VEHICLES. Argued April 3, 1941. Decided April 14, 1941. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Mr. Harry A. Allan,* with whom *Mr. Daniel H. Prior* was on the brief, for appellant. *Mr. Jack Goodman,* Assistant Attorney General of New York, with whom *Messrs. John J. Bennett, Jr.,* Attorney General, and *Henry Epstein,* Solicitor General, were on the brief, for appellee.